**No. 10-7600. Roger D. Hall, Petitioner v. John G. Koreski.**

563 U.S. 913, 131 S. Ct. 1810, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2454.

March 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1202, 131 S. Ct. 1047, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1018.

**No. 10-7678. Gerald Adrian Brown, Petitioner v. United States.**

563 U.S. 913, 131 S. Ct. 1811, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2518.

March 28, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1170, 131 S. Ct. 958, 178 L. Ed. 2d 806, 2011 U.S. LEXIS 238.

**No. 10-7713. Roy Keith Lucas, Petitioner v. United States.**

563 U.S. 913, 131 S. Ct. 1810, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2535.

March 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1159, 131 S. Ct. 961, 178 L. Ed. 2d 792, 2011 U.S. LEXIS 522.

**No. 10-6846. Larry Bittick, Petitioner v. Chris Koster, Attorney General of Missouri, et al.**

563 U.S. 914, 131 S. Ct. 1811, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2588.

March 28, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1112, 131 S. Ct. 823, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9646.

**No. 10-7378. Johnny Allen James, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

563 U.S. 914, 131 S. Ct. 1811, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2559.

March 28, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 494.

**No. 10-9703 (10A950). Eric John King, Petitioner v. Arizona.**

563 U.S. 914, 131 S. Ct. 1811, 179 L. Ed. 2d 673, 2011 U.S. LEXIS 2595.

March 29, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.